MARCEL PRELESON, an Infant, by ANDREW PRELESON, His Guardian ad Litem, Plaintiff, *v.* FRANK ALI, Defendant.

Supreme Court, Niagara County, December 22, 1931.

*Frank J. Maldiner*, for the plaintiff.

*John F. McNulty*, for the defendant.

HARRIS, J. Motion No. 1 is a motion for a new trial on the ground that the verdict of the jury was against the weight of evidence.

Motion No. 2 is a motion for a new trial made on the ground of newly-discovered evidence.

Both of these motions were made and heard at a Special Term by a justice who did not preside at the trial and after the term at which the case was tried had been terminated.

Motion No. 2 must be denied because there is not sufficient shown to meet the requirements on which a motion may be granted on the ground of newly-discovered evidence. (*New Amsterdam Casualty Co.* v. *Beardsley*, 123 Misc. 292, and cases therein cited.)

Both motions must be denied because no case has been signed and settled and such making and settling of a case is a prerequisite

to the hearing of such motions at Special Term and not at the term at which the action was tried. (Civ. Prac. Act, §§ 549, 552; Rules Civ. Prac. rule 221.)

Orders in accordance with the foregoing are to be submitted to me for signature.